```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 1:12-00157-01

**BRADY WOODS**

<u>**MEMORANDUM OPINION AND ORDER**</u>

The court is proceeding on its own motion, pursuant to 18 U.S.C. § 3582(c)(2), to consider defendant's eligibility for a reduction in his sentence based on a subsequent reduction in the applicable sentencing guideline. On April 30, 2014, the United States Sentencing Commission submitted to Congress an amendment to the federal sentencing guidelines that reduces the guidelines applicable to drug trafficking offenses. Specifically, Amendment 782 reduces by two the offense levels assigned in the Drug Quantity Table, resulting in lower guideline ranges for most drug trafficking offenses. Amendment 782, sometimes called "drugs minus two" or the "2014 drug guidelines amendment," took effect on November 1, 2014. On July 18, 2014, the Sentencing Commission voted to give retroactive effect to Amendment 782. Amendment 782 is however subject to the following limitation: "The court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." U.S.S.G. § 1B1.10(e)(1). Counsel was appointed

to represent defendant and the parties were directed to file memoranda in support of their positions.

The Court has received and considered the original Presentence Investigation Report (PSI), original Judgment and Commitment Order and Statement of Reasons, addendum to the PSI received from the Probation Office, and any materials submitted by the parties on this issue. The Court has also considered the applicable factors under 18 U.S.C. § 3553(a), consistent with § 3582(c)(2), and public safety.

Based on the foregoing considerations, the court **GRANTS** its motion under Amendment 782 and **ORDERS** that defendant's base offense level be reduced, resulting in a new total offense level of 32. It is further **ORDERED** that defendant's previous sentence be reduced to 135 months on each of Counts One, Two, Three, and Four, to run concurrently to each other. The sentence of 60 months on Counts Five remains unchanged and shall continue to run consecutive to the sentence imposed on Counts One through Four, resulting in a new total term of imprisonment of **195 months.** This Order is further subject to the prohibitions contained within U.S.S.G. § 1B1.10(b)(2)(c) and U.S.S.G. § 1B1.10(e)(1). Finally, all other aspects of the previously imposed Judgment Order remain in full force and effect.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Judgment Order to defendant, the Federal Public

Defender, counsel of record, the United States Marshal for the Southern District of West Virginia, and to the United States Probation Office for forwarding to the Sentencing Commission and Bureau of Prisons.

    **IT IS SO ORDERED** this 19th day of April, 2016.

        ENTER:

        *David A. Faber*
        David A. Faber
        Senior United States District Judge